FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 APR 17 PM 4:35

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BARTHOLOMESS ROBICHAUX | CIVIL ACTION |
| VERSUS | NO. 04-1945 |
| BURL CAIN | SECTION "F"(2) |

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge and the failure of any party to file an objections to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion, Accordingly;

IT IS ORDERED that the petition of Bartholomess Robichaux for habeas corpus relief under 28 U.S.C. §2254 is dismissed with prejudice.

New Orleans, Louisiana, this 13TH day of April, 2006.

_____
UNITED STATES DISTRICT JUDGE

```
__ Fee_____
__ Process_____
X  Dktd_____
__ CtRmDep____
__ Doc. No____
```